Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ    08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY

| In re:<br><br>Karen J. Devito<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 21-10014-JNP<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

# CHANGE OF ADDRESS

**CHANGE FOR:**        Pentagon Federal Credit Union

**EFFECTIVE DATE OF CHANGE:**   01/01/2025

**ATTORNEY FOR CREDITOR:**   Laura Egerman

**NAME:**    Pentagon Federal Credit Union

**NEW MAILING ADDRESS (NOTICES):**    Pentagon Federal Credit Union
6191 N. State Hwy. 161
Ste. 500
Irving, TX 75038

**NEW MAILING ADDRESS (PAYMENTS):**    Pentagon Federal Credit Union
PO Box 650001
Dallas, TX 75265-0001

*************************************************************

**NAME:**     Pentagon Federal Credit Union .

**OLD MAILING ADDRESS (NOTICES):**     Pentagon Federal Credit Union
4875 Preston Rd.
Frisco, TX 75034

**OLD MAILING ADDRESS (PAYMENTS):**     Pentagon Federal Credit Union
P.O. Box 679260
Dallas, TX 75267-9260

**THIS CHANGE OF ADDRESS WAS FURNISHED BY:**     Pentagon Federal Credit Union

Dated:  01/16/2025

McCalla Raymer Leibert Pierce, LLC
Attorneys for Creditor

By:   */s/Laura Egerman*
       Laura Egerman

Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ    08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Karen J. Devito,<br><br>　　　　　　　　Debtor. | Chapter 13<br><br>Case No. 21-10014-JNP<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

### CERTIFICATE OF SERVICE

　　　　I, Laura Egerman, of McCalla Raymer Leibert Pierce, LLC, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

　　　　That on the date below, I caused a copy of the within Change of Address filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Karen J. Devito
37 South Spray Avenue
Atlantic City, NJ 08401

Robert H. Johnson                                                            *(served via ECF notification)*
Robert H. Johnson, LLC
1818 Old Cuthbert Road
Suite 107
Cherry Hill, NJ 08034

Andrew B. Finberg, Trustee                                               *(served via ECF notification)*
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

(Signatures Continued)

U.S. Trustee  *(served via ECF notification)*
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:     01/16/2025
          By:     /s/Laura Egerman
 (date)           Laura Egerman
                  laura.egerman@mccalla.com:
                  Attorney for Creditor