Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−10014−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen J. Devito
   37 South Spray Avenue
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−6413

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/11/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 11, 2025
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 21-10014-JNP
Karen J. Devito                                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                          Page 1 of 2

Date Rcvd: Apr 11, 2025                  Form ID: 148                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen J. Devito, 37 South Spray Avenue, Atlantic City, NJ 08401-6463 |
| cr | + | MTAG Cust. for FIG Capital Investment NJ 13, 400 Riverside Ave., Suite 400, Jacksonville, Fl 32202 |
| 519064553 | + | Keystone Servicing Company, c/o Flaster Greenberg PC, Christopher J. Chiacchio, 1810 Chapel Avenue, Cherry Hill, NJ 08002-4618 |
| 519064550 | + | MTAG CUST FIG CAP INV NJ13, C/O SUBRANNI ZAUBER, 750 ROUTE 73 SOUTH, STE 307B, Marlton, NJ 08053-4191 |
| 519449863 | + | Pentagon Federal Credit Union, 6191 N State Hwy. 161, Suite 500, Irving, TX 75038-2274 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2025 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519064551 | + | EDI: CAPITALONE.COM | Apr 12 2025 00:49:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519064552 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 11 2025 21:27:00 | Enerbank, 1245 E Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519137741 | + | Email/Text: ar@figadvisors.com | Apr 11 2025 21:27:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 519133886 | | Email/Text: bkrgeneric@penfed.org | Apr 11 2025 21:25:00 | Pentagon Federal Credit Union, P.O. Box 1432, Alexandria, VA 22313 |
| 519064556 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2025 21:25:00 | PNC, PO Box 3180, Pittsburgh, PA 15230 |
| 519115206 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2025 21:25:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519064557 | | EDI: PRA.COM | Apr 12 2025 00:49:00 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 519129576 | | EDI: PRA.COM | Apr 12 2025 00:49:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519064555 | + | Email/Text: bkrgeneric@penfed.org | Apr 11 2025 21:25:00 | Pentagon FCU, POB 456, Alexandria, VA 22313-0456 |
| 519064554 | + | Email/Text: bkrgeneric@penfed.org | Apr 11 2025 21:25:00 | Pentagon FCU, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 519070106 | | EDI: Q3G.COM | Apr 12 2025 00:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519669123 | + | Email/Text: ar@figadvisors.com | Apr 11 2025 21:27:00 | Stone Wool 22 LLC, 1000 Riverside Drive, Ste. 400, Jacksonville, Fl. 32204-4108 |

Case 21-10014-JNP    Doc 57    Filed 04/13/25    Entered 04/14/25 00:15:19    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: 148 | Total Noticed: 20 |

| 519669124 | + Email/Text: ar@figadvisors.com | Apr 11 2025 21:27:00 | Stone Wool 22 LLC, 1000 Riverside Drive, Ste. 400, Jacksonville, Fl. 32204, Stone Wool 22 LLC, 1000 Riverside Drive 32204-4108 |
|---|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519449864 | *+ | Pentagon Federal Credit Union, 6191 N State Hwy. 161, Suite 500, Irving, TX 75038-2274 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2025                     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brian C. Nicholas | on behalf of Creditor PENTAGON FEDERAL CREDIT UNION brian+ecf@briannicholas.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Pentagon Federal Credit Union phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Richard D. Trenk | on behalf of Creditor City of Atlantic City rtrenk@trenkisabel.law averdugo@tisslaw.com |
| Robert H. Johnson | on behalf of Debtor Karen J. Devito ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |
| Robert S. Roglieri | on behalf of Creditor City of Atlantic City rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert W. Keyser | on behalf of Creditor MTAG Cust. for FIG Capital Investment NJ 13 rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11